[No. 9952.    Department Two.    March 2, 1912.]

CLAUS F. DRISTIG, *Appellant*, v. COLUMBIA CANAL COMPANY,
*Respondent*.

ABRAHAM PETERSON, *Appellant*, v. COLUMBIA CANAL COMPANY,
*Respondent*.[1]

Appeal from judgments of the superior court for Walla Walla
county, Brents, J., entered July 26, 1911, dismissing actions of
ejectment, after a trial to the court. Affirmed.

*Rader & Barker* and *H. B. Noland*, for appellant.

*Shank & Smith* and *Pedigo & Smith*, for respondent.

PER CURIAM.—This is an action to recover from the defendant the
purchase price of a certain tract of land, in Walla Walla county,
and the value of improvements placed thereon by the plaintiff, he
having entered into possession under a contract for the purchase of
the land with the Attalia Development Company.  It is admitted
that the defendant has succeeded to all the rights and obligations of
the Attalia Development Company under the contract.  There were
two other actions against the defendant, brought at about the same
time and resting on the same state of facts, one by Elmer D. Dristig,
the other by Abraham Peterson.  The three cases were, by stipula-
tion of all parties, tried together, and are brought here upon the
same statement of facts, with an agreement that they may all be
disposed of on the one hearing.  The actions were tried to the court
without a jury, and a judgment of dismissal was entered in each.
The actions are here on appeal from those judgments.

The facts presented are the same in every material particular as
were those in *Skoog v. Columbia Canal Co.*, which was decided by
this court on April 13, 1911, and reported in 63 Wash. 115, 114 Pac.
1034.  Nothing is suggested tending to distinguish these cases from
that.  The decision in that case is, therefore, conclusive on the
issues here.  For the principles of law involved, a reference to that
case will be sufficient.  Upon the facts disclosed by the record, and
in view of the decision in the *Skoog* case, the court could not have
done otherwise than enter the judgments of dismissal.  They are
therefore affirmed.

[1]Reported in 121 Pac. 1135.